continued; (5) Sept. 29, 1823: continued; (6) Oct. 28, 1826: continued; (7) Dec. 4, 1827: stricken from docket.
PAPERS IN FILE: [None]
*File No. . . . .*

UNITED STATES *versus* STEPHEN MACK AND BENJAMIN WOODWORTH.

JOURNAL ENTRIES: (1) Oct. 3, 1821: continued; (2) Sept. 21, 1822: rule to plead; (3) Oct. 7, 1822: continued; (4) Sept. 15, 1823: replication to plea filed; (5) Oct. 9, 1823: jury trial, verdict for defendant.
PAPERS IN FILE (1821–23): (1) Capias and return; (2) precipe for subpoena; (3) subpoena; (4) declaration, profert, demand for oyer, oyer, plea of performance; (5) affidavit for continuance; (6) subpoena; (7) rejoinder; (8) copy of bond.
*File No. . . . .*

UNITED STATES *versus* SHUBAEL CONANT AND JAMES McCLOSKEY, ADMINISTRATORS, ETC., OF OTIS FISHER, DECEASED.

JOURNAL ENTRIES: (1) Oct. 3, 1821: continued by consent, rule for bill of particulars; (2) Sept. 21, 1822: motion for judgment; (3) Oct. 8, 1822: motion for judgment on transcript of account with United States, motion for judgment; (4) Oct. 9, 1822: motion for continuance granted; (5) Oct. 8, 1823: jury trial, verdict for plaintiff, motion by plaintiff for new trial; (6) Oct. 10, 1823: motion for new trial withdrawn, motion for judgment, judgment.
PAPERS IN FILE (1821–25): (1) Precipe for summons; (2) summons and return; (3) precipe for subpoena; (4) subpoena; (5) declaration; (6) plea of non assumpsit; (7) affidavit for continuance; (8) precipe for subpoena; (9) subpoena; (10) motion and reasons for new trial; (11) affidavit for continuance; (12) subpoena; (13) precipe for fi. fa.; (14) writ of fi. fa., return, inquisition; (15) taxed bill of costs; (16) receipt—marshal to clerk; (17) statement of account—United States to Edward Farrell, receipt—Edward Farrell to Otis Fisher.
*File No. . . . .*

UNITED STATES *versus* GEORGE BOYD.

JOURNAL ENTRIES: (1) Oct. 3, 1821: motion for judgment, plea filed; (2) Oct. 13, 1821: motion for judgment overruled, continued; (3) Sept. 23, 1822: motion for venire facias granted; (4) Oct. 8, 1822: motion for leave to amend plea by filing notice of set off overruled, jury trial, verdict for plaintiff, motion in arrest of judgment; (5) Oct. 9, 1822: motion for judgment on verdict; (6) Oct. 10, 1822: reasons in arrest of judgment filed, motion for judgment, judgment, motion for new trial overruled.
PAPERS IN FILE (1821–24): (1) Precipe for capias; (2) capias and return; (3) recognizance, bail piece; (4) declaration (filed de bene esse); (5) plea of non assumpsit; (6) notice to produce papers—James D. Doty to Solomon Sibley; (7) verdict; (8) motion for new trial; (9) reasons in arrest of judgment; (10) precipe for fi. fa.; (11) writ of fi. fa. and return; (12) precipe for alias fi. fa.; (13) alias fi. fa. and return; (14–15) Treasury transcripts.
*File No. . . . . Larned Docket*, MS p. 30.

UNITED STATES *versus* JOHN MELDRUM.

JOURNAL ENTRIES: (1) Oct. 3, 1821: marshal ruled to bring body; (2) Oct. 12, 1821: recognizance, motion for judgment; (3) Oct. 13, 1821: arguments heard, judgment.
PAPERS IN FILE (1821): (1) Capias and return; (2) recognizance, bail piece; (3) Treasury transcript.
*File No. . . . .*

UNITED STATES *versus* RICHARD SMYTH, CONRAD TEN EYCK, AND BENJAMIN CHITTENDEN.

JOURNAL ENTRIES: (1) Oct. 12, 1821: defendants discharged on common bail; (2) Oct. 13, 1821: continued; (3) Sept. 21, 1822: judgment for costs.
PAPERS IN FILE (1820): (1) Precipe for process; (2) capias and return.
*File No. . . . . Larned Docket*, MS p. 13.

UNITED STATES *versus* ONE PIECE BLUE STROUDS, FOUR YARDS BLUE STROUDS, SEVEN

YARDS SCARLET CLOTH, FOUR PAIRS TWO AND ONE-HALF POINT BLANKETS, ONE TWO POINT BLANKET, ONE ONE AND ONE-HALF POINT BLANKET, TWO ONE POINT BLANKETS, ONE PIECE CALICO (SIXTEEN YARDS), ONE GREEN CLOTH CHAPEAU, NINE POUNDS NET THREAD, ELEVEN POUNDS MOITRES DE NETS, TWO AND ONE-HALF POUNDS WORSTED, ONE-FOURTH GROSS GARTER-ING, ONE PAPER THREAD, ONE PAIR FISH SPEARS, ONE DOZEN WOOD SCALPERS, TWO FILES, ONE-HALF DOZEN FIRE STEELS, TWENTY-THREE GUN WORMS, ONE GIMLET, ONE ROLL BRASS WIRE, SIXTY-ONE POUNDS POW-DER AND KEG, FOUR AND ONE-HALF BUSHELS LYED CORN, SIX-TY POUNDS FLOUR, FOUR BAGS, SEVENTY-SIX POUNDS BALL, AND FIFTEEN POUNDS TOBACCO.

JOURNAL ENTRIES: (1) Oct. 12, 1821: proclamation made, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–22): (1) Libel; (2) published notice; (3) account of sales.
*File No. . . . . Larned Docket*, MS p. 25.

UNITED STATES *versus* FIVE HUNDRED AND FIFTY PAIRS SILVER WROUGHT INDIAN EAR BOBS AND FOUR PAIRS SILVER WROUGHT ARM BANDS.

JOURNAL ENTRIES: (1) Oct. 12, 1821: proclamation made, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–22): (1) Libel; (2) published notice; (3) account of sales.
*File No. . . . . Larned Docket*, MS p. 28.

UNITED STATES *versus* FOUR PATENT LEVER GOLD

WATCHES.

JOURNAL ENTRIES: (1) Oct. 12, 1821: proclamation made, continued; (2) Oct. 7, 1822: proclamation made, evidence heard; (3) Oct. 8, 1822: attendance of witness claimed; (4) Oct. 9, 1822: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1820–23): (1) Libel; (2) published notice; (3) commission to take depositions, deposition of Martin Andrews; (4) notice of taking deposition; (5) deposition envelope; (6) precipe for subpoena; (7) subpoena; (8) account of sales.
*File No. . . . . Larned Docket*, MS p. 26.

UNITED STATES *versus* RICHARD SMYTH.

JOURNAL ENTRIES: (1) Oct. 13, 1821: continued; (2) Sept. 21, 1822: judgment for costs.
PAPERS IN FILE (1820–21): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) pleas setting up act of Congress "for the relief of Richard Smyth," etc.; (5) letter—Treasury Department to United States attorney.
*File No. . . . . Larned Docket*, MS p. 14.

UNITED STATES *versus* SAMUEL A. BEAUCHAMP.

JOURNAL ENTRIES: (1) Oct. 13, 1821: continued; (2) Sept. 21, 1822: continued; (3) Sept. 29, 1822: continued.
PAPERS IN FILE (1818–20): (1) (a) Notice to collector of proceedings for remission of penalty, (b) same to United States attorney, (c) petition for remission, (d) copy of capias, (e) testimony of Richard Smyth, (f) testimony of Abraham Wendell; (2) copies of papers (a–f); (3) Treasury decision; (4) letter—Secretary of Treasury to John Hunt.
*File No. . . . . Larned Docket*, MS p. 8.

UNITED STATES *versus* ONE FLAT AND TWENTY-TWO BARRELS FLOUR, CLAIMED BY JOHNSY McCARTHY.

JOURNAL ENTRIES: (1) Dec. 21, 1821: claim made, appraisers appointed; (2) Dec. 24, 1821: return of appraisers filed, bond to prosecute claim filed, property ordered delivered to claimant;